WWR# 9821697

## U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re:

| | |
|---|---|
| James R. Smith, Jr. and Cheryl L. Smith, | Case No. 07-16279 |
| | Chapter 13 |
| Debtor(s), | Hon. Janet S. Baer |

_____/

**GUARDIAN CREDIT UNION AS ASSIGNEE OF CENTRAL STATES MORTGAGE COMPANY'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

NOW COMES Guardian Credit Union as assignee of Central States Mortgage Company pursuant Fed. Bankr. R. 3001(g) and disagrees with the Trustee's Notice as follows:

1.	Respondent states that any pre-petition arrearage has been cured.

2.	Respondent further states that the post-petition ongoing payments are not current. The amount past due is $5,880.60.  This Response and the itemized statement attached serve as a Supplement to Respondent's Proof of Claim.

THEREFORE, Guardian Credit Union as assignee of Central States Mortgage Company does not agree that the plan is complete.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date:   October 26, 2012          By:   /s. Monette Cope
                                                 Monette Cope (ARDC# 6198913)
                                                 180 N. LaSalle St., #2400
                                                 Chicago, IL 60601
                                                 312-253-9624
                                                 312-782-4201 (Fax)
                                                 mcope@weltman.com
                                                 Attorney for Creditor,
                                                 Guardian Credit Union as assignee of Central States Mortgage Company

**PROOF OF SERVICE**

Creditor, Guardian Credit Union as assignee of Central States Mortgage Company, filed its Response to Trustee's Notice of Final Cure Payment. All parties were served a copy of the Response on October 26, 2012. The Response was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle St., Chicago, Illinois, postage prepaid and addressed as below. The remaining parties were served by the Court's CM/ECF electronic noticing.

James R Smith, Jr. and
Cheryl L. Smith
2536 E. 91st Street
Chicago, IL 60617

Nicole G Lawson, Esq.
Attorney for Debtors
The Lawson Law Group
900 E. 162nd Street
Suite 204
South Holland, IL 60473

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604

                Respectfully submitted,

                **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Dated: October 26, 2012        By: /s/ Audrey McClain
                                        Audrey McClain, Legal Assistant